THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT J. WARD, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARVIN I. KING, Appellant.— Motion granted and appeal dismissed.

CARLTON CRAWFORD et al., Respondents, v. STELLA R. LESCO, Appellant.— Motion granted and appeal dismissed for failure to comply with previous order, with costs.

CLARENCE F. GRABB, as Receiver, Respondent, v. JOHN NICHOLAS, as Receiver, Appellant, et al., Defendant.— Appeal dismissed, without costs, for failure to comply with previous order.